.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**Sean William Beck**

      vs.

**Muskingum County , Ohio, et al**

**JUDGMENT IN A CIVIL CASE**

**Case No.** 2:11CV155

**Magistrate Judge King**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

      IT IS ORDERED AND ADJUDGED that pursuant to the Opinion and Order filed on October 10,  2012 , Defendant's motion for Summary Judgment is granted on all of the Plaintiff claims.

Date: October 10, 2012

**John P. Hehman, Clerk**

By: _s/Rashan Spraggins_____
Rashan Spraggins , Deputy Clerk