IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SEAN W. BECK, | : | |
| Plaintiff, | : | Case No.: 2:11-CV-00155 |
| vs. | : | Judge Watson |
| | | Magistrate Judge King |
| MUSKINGUM COUNTY, OHIO, *et al.*, | : | |
| Defendants. | : | |

### AFFIDAVIT OF JEFFREY A. STANKUNAS

STATE OF OHIO      :
                   : ss
COUNTY OF FRANKLIN :

Jeffrey A. Stankunas, being first duly cautioned and sworn, deposes and says that he has personal knowledge of the following:

1) I am an attorney who has been licensed to practice law in the state of Ohio since November of 2000. I am also a Partner with the law firm of Isaac, Brant, Ledman & Teetor, LLP, which is located in Columbus, Ohio.

2) Mark Landes (Partner) and Jessica Philemond (former Partner) were hired by the County Risk Sharing Authority ("CORSA") to represent all of the Defendants in the above-captioned case. From February 2011 to September 2011, Ms. Philemond billed this client at a rate of $150.00 per hour. In September 2011, I took over the primary handling of this representation due to Ms. Philemond leaving our firm. From September 2011 to October 2011, I have billed this client at a rate of $150.00 per hour, and an Associate, Julia Baxter billed this client at a rate of $125.00 per hour. Since November 2011, I have billed this client at a rate of $170.00 per hour, and Julia Baxter has billed this client at a rate of $150.00 per hour. Joanne Peters (Partner), Andrew Yosowitz (Associate), A. J. Hensel (Associate) and Thomas Anger (former Associate) have spent a very brief amount of time working on this case. As such, they billed the client at a rate of $150 per hour. Jonathan Striker (former paralegal) and Daniel J. Driscoll (current paralegal) have worked on this case and billed this client at a rate of $75.00 per hour. Michael Flood, a courier of my firm, has provided billable expenses at a rate of $40.00 per hour.

EXHIBIT "A"

3)     Attached as Exhibit 1 is a spreadsheet showing the amount of fees and expenses billed in connection with this case, with itemized details. The total amount of fees billed for work performed by attorneys and paralegals thus far is $27,835.00. The total amount of expenses billed thus far is $1,953.55. This spreadsheet also shows the amount of fees and expenses incurred but not yet billed in connection with this litigation, with itemized details. The total fees incurred by attorneys and paralegals but not yet billed is $347.00. The total expenses incurred but not yet billed is $0. Redacted from this spreadsheet is "narrative" which reveals attorney-client privileged communication and/or attorney work product.

4)     The total fees and expenses incurred in this litigation is $30,135.55.

Further *affiant sayeth naught*.

                                                                            Jeffrey A. Stankunas

Sworn to before me and subscribed in my presence this 25th day of October, 2012.

                                                                            Notary Public

JULIA R. BAXTER, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

**ISAAC, BRANT, LEDMAN & TEETOR LLP**
**Time And Expense Details**

Report ID: OT2025 - 86450  
Monday, October 22, 2012

Printed By: PPS  
Page: 1

| Client | Client Reporting Name | | | Matter | Matter Reporting Name | | | Billing Timekeeper |
|---|---|---|---|---|---|---|---|---|
| 44139 | CORSA CLAIMS UNIT fka ASC | | | 0792 | BECK, SEAN WILLIAM -V- MUSKING | | | Teetor, J.S. |

**Unbilled Time**

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 8/1/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Outline updates to suit report |
| 8/2/2012 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Correspondence to Kim Link |
| 8/29/2012 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Drafted 7th Suit Report |
| 10/10/2012 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Researched deadline to file Motion for Attorney's Fees |
| 10/10/2012 | JRB | 0.40 | 0.40 | 150.00 | $60.00 | | | Outlined issues pertaining to motion |
| 10/11/2012 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Reviewed opinion and order that was filed October 10, 2012 on motion for summary judgment |
| 10/11/2012 | JRB | 1.20 | 1.20 | 150.00 | $180.00 | | | Begin drafting motion for attorney's fees |

**Unbilled Time Totals** 2.30 2.30 $347.00

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 3/15/2011 | JKP | 1.30 | 1.30 | 150.00 | $195.00 | | | Draft Answer to Plaintiff's Complaint |
| 3/21/2011 | JKP | 0.10 | 0.10 | 150.00 | $15.00 | | | Receipt and review of Notice of Pretrial and notice to adjuster re |
| 3/23/2011 | ML | 0.10 | 0.10 | 150.00 | $15.00 | | | Communications from and to Ms. Link re |
| 4/4/2011 | JKP | 0.40 | 0.40 | 150.00 | $60.00 | | | Call to Captain LeCocq re |
| 4/4/2011 | JKP | 1.80 | 1.80 | 150.00 | $270.00 | | | Research federal law re |
| 4/4/2011 | JKP | 1.20 | 1.20 | 150.00 | $180.00 | | | Draft initial suit report to adjuster |
| 4/4/2011 | JKP | 0.10 | 0.10 | 150.00 | $15.00 | | | Call to Detective Thompson re |
| 4/18/2011 | JKP | 1.00 | 1.00 | 150.00 | $150.00 | | | Travel to Zanesville to meet clients |
| 4/18/2011 | JKP | 1.50 | 1.50 | 150.00 | $225.00 | | | Meet with clients and Sheriff re |
| 4/20/2011 | JKP | 1.00 | 1.00 | 150.00 | $150.00 | | | Return travel from client meeting |
| 4/20/2011 | JKP | 0.20 | 0.20 | 150.00 | $30.00 | | | Call to Plaintiff's counsel re Rule 26(f) Report |
| 4/22/2011 | JKP | 0.90 | 0.90 | 150.00 | $135.00 | | | Draft Rule 26(f) Report of the Parties and confer with Plaintiff's counsel re same |
| 5/13/2011 | JKP | 2.20 | 2.20 | 150.00 | $330.00 | | | Review file and trial transcript from clients for use in defense of case |
| 5/13/2011 | JKP | 5.80 | 5.80 | 150.00 | $870.00 | | | Receipt and review of 70 voice files from Sheriff's Office for review in case |
| 7/13/2011 | JKP | 1.10 | 1.10 | 150.00 | $165.00 | | | Receipt and review of investigation file re Sean Beck for case defense |
| 9/27/2011 | JAS | 0.20 | 0.20 | 150.00 | $30.00 | | | Draft updated suit report to adjuster |
| 9/30/2011 | JSP | 0.20 | 0.20 | 150.00 | $30.00 | | | Outline strategy with regard to defense of case |
| 9/30/2011 | JSP | 0.60 | 0.60 | 150.00 | $90.00 | | | Review child support claims made by Mr. Beck and |
| 9/30/2011 | JAS | 0.20 | 0.20 | 150.00 | $30.00 | | | Evaluate Fifth District Court of Appeals Decision concerning |

EXHIBIT

ISAAC, BRANT, LEDMAN & TEETOR LLP
Time And Expense Details

Report ID: OT2025 - 86450
Monday, October 22, 2012

Beginning To End

Printed By PPS
Page 2

## Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/30/2011 | JAS | 0.50 | 0.50 | 150.00 | $75.00 | | | Evaluate law with regard to [redacted] for summary judgment |
| 10/3/2011 | JAS | 0.60 | 0.60 | 150.00 | $90.00 | | | Evaluate law concerning a [redacted] for dispositive motion |
| 10/4/2011 | JAS | 0.20 | 0.20 | 150.00 | $30.00 | | | Outline written discovery requests to plaintiff |
| 10/4/2011 | JRB | 0.20 | 0.20 | 125.00 | $25.00 | | | Outline issues in case |
| 10/4/2011 | JRB | 0.60 | 0.60 | 125.00 | $75.00 | | | Reviewing complaint and transcript to prepare discovery |
| 10/4/2011 | JRB | 1.60 | 1.60 | 125.00 | $200.00 | | | Begin drafting interrogatories and requests for production of documents to Plaintiff |
| 10/5/2011 | JRB | 0.10 | 0.10 | 125.00 | $12.50 | | | Review of draft interrogatories |
| 10/6/2011 | JRB | 0.50 | 0.50 | 125.00 | $62.50 | | | Revised draft of interrogatories and requests for production of documents and direct forwarding same to plaintiff's counsel |
| 10/6/2011 | JAS | 0.70 | 0.70 | 150.00 | $105.00 | | | Revise plaintiff's first set of interrogatories and request for production of documents |
| 10/11/2011 | JRB | 0.60 | 0.60 | 125.00 | $75.00 | | | Update suit report |
| 10/11/2011 | JAS | 2.30 | 2.30 | 150.00 | $345.00 | | | Revise updated suit report to [redacted] and communications to Ms. Link regarding t[redacted] |
| 10/11/2011 | JRB | 2.50 | 2.50 | 125.00 | $312.50 | | | Drafted Rule 26(a)(1)(A) disclosures |
| 10/20/2011 | JRB | 0.10 | 0.10 | 125.00 | $12.50 | | | Telephone conference with Muskingum County Clerk of Court to determine how to contact court reporter to secure transcript |
| 10/31/2011 | JRB | 0.10 | 0.10 | 125.00 | $12.50 | | | Telephone call to Tayhi Court Reporters to inquire about transcript |
| 11/2/2011 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Telephone call to Peggy Tahyi to order transcript of divorce hearing |
| 11/8/2011 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Outlined issues re [redacted] |
| 11/8/2011 | JRB | 0.40 | 0.40 | 150.00 | $60.00 | | | Draft letter to Eric Allen (opposing counsel) requesting discovery responses by November 22, 2011 |
| 11/8/2011 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Revise correspondence to Mr. Beck's attorney regarding overdue discovery responses |
| 11/8/2011 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Edit correspondence to Mr. Whitman regarding procedure for deposition of Mr. Beck |
| 11/10/2011 | JAS | 0.40 | 0.40 | 170.00 | $68.00 | | | Call from Detective Thompson regarding [redacted] |
| 11/14/2011 | JAS | 0.70 | 0.70 | 170.00 | $119.00 | | | Evaluate written discovery requests received from plaintiff and evaluate documents in file for response to the same |
| 11/14/2011 | JAS | 0.30 | 0.30 | 170.00 | $51.00 | | | Evaluate plaintiff's initial disclosures |
| 11/14/2011 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call to Detective Thompson regarding meeting concerning [redacted] |
| 11/14/2011 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Correspondence to Mr. Allen regarding plaintiff's discovery requests |
| 11/14/2011 | JRB | 0.50 | 0.50 | 150.00 | $75.00 | | | Outlined issues in case (joint disclosure of witnesses) and research whether [redacted] |
| 11/15/2011 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Telephone call to prison where Plaintiff is incarcerated to determine if and where Plaintiff can be deposed |
| 11/16/2011 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Call to prison to speak with someone to find out how to depose inmate |
| 11/16/2011 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call from Detective Thompson regarding [redacted] |
| 11/16/2011 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Correspondence to Detective Thompson regarding [redacted] |
| 11/21/2011 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Telephone call to Tahyi Reporting regarding transcript of taped hearing in domestic relations case |
| 11/22/2011 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Review and approve payment of invoice for transcript of hearing |

ISAAC, BRANT, LEDMAN & TEETOR LLP
Time And Expense Details

Report ID: OT2025 - 86450
Monday, October 22, 2012

Beginning To End

Printed By: PPS
Page 3

Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 11/28/2011 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Return call to Sheriff Lutz regarding ▇ |
| 11/29/2011 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Reviewing transcript of Sean & Britton Beck's domestic relation hearing |
| 12/7/2011 | JRB | 0.80 | 0.80 | 150.00 | $120.00 | | | Conference regarding ▇ |
| 12/7/2011 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Prepare for meeting with Sheriff Lutz, Captain LeCocq, and Detective Thompson regarding ▇ |
| 12/8/2011 | JAS | 1.00 | 1.00 | 170.00 | $170.00 | | | Travel to Zanesville for meeting with Sheriff Lutz, Captain LeCocq and Detective Thompson regarding ▇ |
| 12/8/2011 | JAS | 4.50 | 4.50 | 170.00 | $765.00 | | | Participate in meeting with Sheriff Lutz, Captain LeCocq and Detective Thompson regarding ▇ |
| 12/8/2011 | JAS | 1.00 | 1.00 | 170.00 | $170.00 | | | Return Travel from Muskingum County |
| 12/8/2011 | JRB | 1.00 | 1.00 | 150.00 | $150.00 | | | Travel to Zanesville for meeting with Sheriff Lutz, Captain LeCocq and Detective Thompson regarding ▇ |
| 12/8/2011 | JRB | 4.50 | 4.50 | 150.00 | $675.00 | | | Participate in meeting with Sheriff Lutz, Captain LeCocq and Detective Thompson regarding ▇ |
| 12/8/2011 | JRB | 1.00 | 1.00 | 150.00 | $150.00 | | | Return travel from Muskingum County |
| 12/12/2011 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Begin document review |
| 12/13/2011 | JRB | 5.90 | 5.90 | 150.00 | $885.00 | | | Document review for discovery due |
| 12/13/2011 | JAS | 0.80 | 0.80 | 170.00 | $136.00 | | | Evaluate plaintiff's request for production of documents with regard to ▇ and call to Captain Welker regarding ▇ |
| 12/13/2011 | JAS | 0.70 | 0.70 | 170.00 | $119.00 | | | Evaluate documents received from Detective Thompson for response to request for production of documents |
| 12/14/2011 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call from Captain Welker regarding ▇ |
| 12/14/2011 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call from Captain Welker regarding ▇ |
| 12/14/2011 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Evaluate copies of the same received from Captain Welker |
| 12/15/2011 | JRB | 0.30 | 0.30 | 150.00 | $45.00 | | | Telephone call to prison and another number in attempts to get in contact with someone who could inform me of the process of taking an inmate's deposition. Left voice mail message with case manager for Sean Beck. |
| 12/16/2011 | JRB | 2.60 | 2.60 | 150.00 | $390.00 | | | Preparing discovery responses |
| 12/19/2011 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Researching ▇ whether we can produce it in discovery |
| 12/19/2011 | JRB | 1.30 | 1.30 | 150.00 | $195.00 | | | Preparing discovery responses to Plaintiff's discovery requests (included looking through a box of thousands of documents and preparing them in a way that is logical for Plaintiff to understand where they belong in terms of production of documents) |
| 12/19/2011 | JRB | 0.50 | 0.50 | 150.00 | $75.00 | | | Finished drafting written discovery responses |
| 12/19/2011 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Determining who is the contact person at the U.S. Penitentiary at Terre Haute, so we can file a motion to depose an incarcerated inmate |
| 12/19/2011 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Evaluate objections to request for production of documents for ▇ |
| 12/20/2011 | JAS | 0.80 | 0.80 | 170.00 | $136.00 | | | Revise responses to request for production of documents and objections to the same |

## ISAAC, BRANT, LEDMAN & TEETOR LLP
## Time And Expense Details

Report ID: OT2025 - 86450  
Monday, October 22, 2012  
Beginning To End  
Printed By: PPS  
Page 4

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 12/20/2011 | JRS | 0.70 | 0.70 | 75.00 | $52.50 | | | Redact pdf files for personal information of Detective Thompson prior to producing to opposing counsel |
| 12/20/2011 | JRB | 0.70 | 0.70 | 150.00 | $105.00 | | | Finished preparing discovery responses to Plaintiff's discovery requests, including having documents redaction by paralegal and putting documents in PDF format and on a CD |
| 12/21/2011 | JRB | 0.40 | 0.40 | 150.00 | $60.00 | | | Finalized written discovery responses |
| 12/21/2011 | JRB | 0.40 | 0.40 | 150.00 | $60.00 | | | Reviewed discovery documents before sending them to opposing counsel |
| 12/21/2011 | JRS | 0.30 | 0.30 | 75.00 | $22.50 | | | Make final redactions to file of Ms. Smart-Thompson and create CD with all files to be produced to opposing counsel |
| 12/21/2011 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Evaluate strategy for ▮ |
| 12/21/2011 | MKF | 0.10 | 0.10 | 40.00 | $4.00 | | | Delivery to Eric J. Allen, Esq. at 713 S. Front Street |
| 12/22/2011 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Outlining issues ▮ |
| 12/22/2011 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Telephone call to Magistrate King's law clerk to determine how to depose someone in prison when the prison isn't returning phone calls |
| 12/27/2011 | JAS | 0.80 | 0.80 | 170.00 | $136.00 | | | Draft motion to allow defendants to take deposition of plaintiff from within federal penitentiary and to allow presence of one representative of defendants |
| 12/27/2011 | JAS | 0.50 | 0.50 | 170.00 | $85.00 | | | Draft order granting the same |
| 12/27/2011 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Communications to Magistrate Judge King regarding the same |
| 12/27/2011 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Correspondence to Ms. Link regarding ▮ |
| 12/27/2011 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Revise correspondence to Ms. Link to include ▮ |
| 12/28/2011 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Correspondence re deposition of Plaintiff |
| 12/30/2011 | JAS | 0.30 | 0.30 | 170.00 | $51.00 | | | Prepare correspondence to federal penitentiary regarding request for deposition of plaintiff |
| 12/30/2011 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call to Detective Thompson regarding ▮ |
| 1/3/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Return call to Mr. Kramer at Federal Penitentiary regarding logistics for Mr. Beck's deposition |
| 1/3/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call from Mr. Kramer regarding the same |
| 1/3/2012 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Call to Detective Thompson regarding the same |
| 1/3/2012 | JAS | 0.30 | 0.30 | 170.00 | $51.00 | | | Return call to Mr. Shoemaker at Federal Penitentiary regarding the same |
| 1/3/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Respond to communications from Mr. Allen regarding his client's overdue discovery responses |
| 1/5/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Communications to Mr. Kramer regarding information concerning court reporter for deposition of inmate Beck |
| 1/6/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call from Mr. Kramer regarding forms for background check for admission of Detective Thompson into prison for plaintiff's deposition |
| 1/6/2012 | JAS | 0.30 | 0.30 | 170.00 | $51.00 | | | Evaluate the same and respond to communications from Mr. Kramer regarding the same |
| 1/6/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call to Detective Thompson and communications to Detective Thompson regarding ▮ |

## ISAAC, BRANT, LEDMAN & TEETOR LLP
## Time And Expense Details

Report ID: OT2025 - 86450
Monday, October 22, 2012

Beginning To End

Printed By: PPS
Page: 5

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1/9/2012 | JAS | 0.70 | 0.70 | 170.00 | $119.00 | | | Draft fifth suit report |
| 1/9/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Respond to communications from Ms. Link regarding ▓▓▓ |
| 1/9/2012 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Communications to Mr. Kramer regarding application for background check of Detective Thompson to be admitted to prison to attend Mr. Beck's deposition |
| 1/9/2012 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Reviewed transcript of Beck's domestic case for objections |
| 1/10/2012 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Retrieved credit card discovery PDFs |
| 1/10/2012 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Retrieved complaint and case information in Beck v. City of Zanesville and Zanesville Police Department |
| 1/10/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call from Magistrate Judge King's Chambers regarding scheduling of teleconference concerning discovery dispute |
| 1/10/2012 | JAS | 0.70 | 0.70 | 170.00 | $119.00 | | | Draft motion for extension of deadline by three days for deposition of the plaintiff only |
| 1/10/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call from Magistrate Judge King's chambers regarding the same |
| 1/10/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call to Mr. Allen regarding the same |
| 1/10/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Communications to Detective Thompson regarding ▓▓▓ |
| 1/10/2012 | JAS | 0.40 | 0.40 | 170.00 | $68.00 | | | Evaluate Mr. Allen's request for additional extension of discovery deadline to conduct depositions of Sheriff Lutz, Detective Thompson, and three independent witnesses and evaluate ▓▓▓ for response to the same |
| 1/10/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call to Magistrate Judge King's chambers regarding request for teleconference concerning defendants' request to extend discovery deadline for purposes of deposition of plaintiff only and plaintiff's request for extension of discovery deadline by six weeks for five additional depositions |
| 1/11/2012 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Prepare for teleconference with Magistrate regarding defendants and plaintiffs competing requests for extension of discovery deadline |
| 1/11/2012 | JAS | 0.50 | 0.50 | 170.00 | $85.00 | | | Participate in conference call with plaintiff's counsel and magistrate regarding the same and magistrate's assignment of case to settlement week |
| 1/11/2012 | JAS | 0.30 | 0.30 | 170.00 | $51.00 | | | Call to Detective Thompson and communications to Detective Thompson ▓▓▓ |
| 1/11/2012 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Call to Mr. Cramer regarding the same |
| 1/11/2012 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Evaluate documents for Mr. Beck's deposition |
| 1/11/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Communications to Mr. Cramer regarding second form completed by Detective Thompson for background check for her admission into prison for Mr. Beck's deposition |
| 1/11/2012 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Telephone conference with court |
| 1/11/2012 | JRB | 0.30 | 0.30 | 150.00 | $45.00 | | | Outlining issues with ▓▓▓ |
| 1/12/2012 | JRB | 0.50 | 0.50 | 150.00 | $75.00 | | | Researched ▓▓▓ |
| 1/12/2012 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Telephone conversation with FBI Agent Brooks |
| 1/12/2012 | JRB | 0.40 | 0.40 | 150.00 | $60.00 | | | Outlined issues with getting Beck's statements from US Attorney's Office |
| 1/12/2012 | JRB | 1.40 | 1.40 | 150.00 | $210.00 | | | Drafted letter to FBI Special Agent Brooks |
| 1/12/2012 | JRB | 0.50 | 0.50 | 150.00 | $75.00 | | | Drafted subpoena |
| 1/12/2012 | JRB | 0.40 | 0.40 | 150.00 | $60.00 | | | Revised subpoena |

**ISAAC, BRANT, LEDMAN & TEETOR LLP**
**Time And Expense Details**

Report ID: OT2025 - 86450
Monday, October 22, 2012

Beginning To End

Printed By PPS
Page 6

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1/12/2012 | JAS | 0.40 | 0.40 | 170.00 | $68.00 | | | Evaluate ▬▬▬ |
| 1/12/2012 | JAS | 0.40 | 0.40 | 170.00 | $68.00 | | | Evaluate strategy with regard to ▬▬▬ for his deposition |
| 1/12/2012 | DJD | 0.20 | 0.20 | 75.00 | $15.00 | | | Reviewed file materials in preparation for upcoming deposition |
| 1/12/2012 | DJD | 0.20 | 0.20 | 75.00 | $15.00 | | | Draft subpoena to FBI for documents |
| 1/12/2012 | DJD | 0.70 | 0.70 | 75.00 | $52.50 | | | Reviewed box of documents from Muskingum County for ▬▬▬ |
| 1/12/2012 | ANY | 1.80 | 1.80 | 150.00 | $270.00 | | | Various communications with U.S. Attorney's office and department of justice regarding release of information from criminal case to assist in deposition of Plaintiff |
| 1/13/2012 | ANY | 0.40 | 0.40 | 150.00 | $60.00 | | | Review of Complaint for purpose of further evaluating ▬▬▬ |
| 1/13/2012 | DJD | 0.20 | 0.20 | 75.00 | $15.00 | | | Prepared documents for attorney review in preparation for plaintiff's deposition |
| 1/13/2012 | JAS | 0.50 | 0.50 | 170.00 | $85.00 | | | Evaluate records from Muskingum County Sheriff's Office for use at Mr. Beck's deposition |
| 1/13/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Communications to Ms. Thompson regarding ▬▬▬ |
| 1/13/2012 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Reviewed documents in discovery where Plaintiff admitted to criminal activities |
| 1/16/2012 | JAS | 1.00 | 1.00 | 170.00 | $170.00 | | | Evaluate records received from Sheriff's office for Mr. Beck's deposition as well as transcript of testimony at Mr. Beck's divorce hearing for his deposition |
| 1/16/2012 | JAS | 3.00 | 3.00 | 170.00 | $510.00 | | | Outline questions for Mr. Beck's deposition |
| 1/16/2012 | JAS | 1.00 | 1.00 | 170.00 | $170.00 | | | Meeting with Detective Thompson regarding ▬▬▬ |
| 1/16/2012 | JAS | 0.60 | 0.60 | 170.00 | $102.00 | | | Evaluate plaintiff's responses to written discovery requests received from plaintiffs counsel for questions for Mr. Beck's deposition |
| 1/16/2012 | JAS | 5.00 | 5.00 | 170.00 | $850.00 | | | Travel to Terre Haute, Indiana for Mr. Beck's deposition |
| 1/17/2012 | JAS | 4.30 | 4.30 | 170.00 | $731.00 | | | Take deposition of Mr. Beck |
| 1/17/2012 | JAS | 5.00 | 5.00 | 170.00 | $850.00 | | | Return travel from Terre Haute, Indiana |
| 1/18/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call to Ms. Link regarding ▬▬▬ |
| 1/18/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Correspondence to Mr. Allen regarding request for copies of documents responsive to request for production of documents |
| 1/24/2012 | JAS | 0.80 | 0.80 | 170.00 | $136.00 | | | Draft portion of correspondence to Ms. Link regarding ▬▬▬ |
| 1/27/2012 | JAS | 0.90 | 0.90 | 170.00 | $153.00 | | | Evaluate additional documents received from plaintiffs' counsel for our response to request for production of documents |
| 1/31/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Correspondence to Ms. Link regarding ▬▬▬ |
| 2/6/2012 | JAS | 1.00 | 1.00 | 170.00 | $170.00 | | | Complete correspondence to Ms. Link regarding ▬▬▬ |
| 2/6/2012 | JAS | 0.30 | 0.30 | 170.00 | $51.00 | | | Participate in conference call with Detective Thompson regarding ▬▬▬ |
| 2/6/2012 | JAS | 1.00 | 1.00 | 170.00 | $170.00 | | | Revise answers to defendant's second set of interrogatories |

ISAAC, BRANT, LEDMAN & TEETOR LLP
Time And Expense Details

Report ID: OT2025 - 86450  
Monday, October 22, 2012  
Beginning To End  
Printed By PPS  
Page 7

Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/6/2012 | JRB | 0.40 | 0.40 | 150.00 | $60.00 | | | Drafting Defendants' Answers to Plaintiff's Second Set of Interrogatories |
| 2/6/2012 | JRB | 1.60 | 1.60 | 150.00 | $240.00 | | | Reviewing extensive file for certain discovery documents to include in responses |
| 2/6/2012 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Two telephone conferences with client |
| 2/7/2012 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Review file |
| 2/7/2012 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Telephone conference with client |
| 2/7/2012 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Correspondence with client re ▓ |
| 2/7/2012 | JAS | 0.40 | 0.40 | 170.00 | $68.00 | | | Revise second draft of responses to plaintiff's second set of interrogatories |
| 2/22/2012 | JAS | 0.30 | 0.30 | 170.00 | $51.00 | | | Call to Sheriff Lutz regarding ▓ |
| 2/22/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call to Detective Thompson regarding ▓ |
| 2/22/2012 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Respond to communications from Mr. Allen regarding depositions of Sheriff Lutz, Detective Thompson, and Ms. Arnold |
| 2/22/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Return call to Detective Thompson regarding ▓ |
| 2/23/2012 | JAS | 0.30 | 0.30 | 170.00 | $51.00 | | | Evaluate communications from Mr. Allen regarding his intent to depose witness Nicole Arnold and call to Detective Thompson regarding ▓ |
| 2/23/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Prepare documents for deposition preparation meeting with Sheriff Lutz and Detective Thompson |
| 2/23/2012 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Outlined ▓ |
| 2/23/2012 | JRB | 1.00 | 1.00 | 150.00 | $150.00 | | | Researched for law to put in our response letter that ▓ |
| 2/23/2012 | JRB | 0.60 | 0.60 | 150.00 | $90.00 | | | Begin drafting letter to Eric Allen |
| 2/24/2012 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Drafting response letter to pending demand letter |
| 2/24/2012 | JAS | 1.00 | 1.00 | 170.00 | $170.00 | | | Travel to Zanesville for deposition preparation of Sheriff Lutz and Detective Thompson |
| 2/24/2012 | JAS | 2.00 | 2.00 | 170.00 | $340.00 | | | Participate in meeting with Sheriff Lutz regarding ▓ |
| 2/24/2012 | JAS | 2.00 | 2.00 | 170.00 | $340.00 | | | Participate in meeting with Detective Thompson regarding ▓ |
| 2/24/2012 | JAS | 1.00 | 1.00 | 170.00 | $170.00 | | | Return travel from Zanesville |
| 2/28/2012 | JRB | 0.40 | 0.40 | 150.00 | $60.00 | | | Researching for motion for summary judgment |
| 2/28/2012 | JRB | 1.80 | 1.80 | 150.00 | $270.00 | | | Began reading plaintiff's deposition transcript |
| 2/28/2012 | JRB | 0.70 | 0.70 | 150.00 | $105.00 | | | Begin drafting motion for summary judgment |
| 2/29/2012 | JRB | 1.30 | 1.30 | 150.00 | $195.00 | | | Drafting response to demand letter |
| 2/29/2012 | JRB | 0.90 | 0.90 | 150.00 | $135.00 | | | Continued review of Beck deposition transcript |
| 2/29/2012 | JRB | 1.50 | 1.50 | 150.00 | $225.00 | | | Researched for ▓ |
| 2/29/2012 | JRB | 0.30 | 0.30 | 150.00 | $45.00 | | | Outline new issues to discuss in demand letter |
| 2/29/2012 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Evaluate law for response letter to plaintiff's settlement demand |
| 2/29/2012 | JAS | 0.30 | 0.30 | 170.00 | $51.00 | | | Prepare to defend depositions of Sheriff Lutz and Detective Thompson |
| 3/1/2012 | JAS | 1.00 | 1.00 | 170.00 | $170.00 | | | Outline deposition questions for Ms. Arnold |
| 3/1/2012 | JAS | 1.00 | 1.00 | 170.00 | $170.00 | | | Travel to Zanesville for depositions of Sheriff Lutz, Detective Thompson, and Ms. Arnold |
| 3/1/2012 | JAS | 1.30 | 1.30 | 170.00 | $221.00 | | | Participate in deposition of Detective Thompson |
| 3/1/2012 | JAS | 1.20 | 1.20 | 170.00 | $204.00 | | | Participate in deposition of Sheriff Lutz |

## ISAAC, BRANT, LEDMAN & TEETOR LLP
## Time And Expense Details

Report ID: QT2025 - 86450
Monday, October 22, 2012

Beginning To End

Printed By: PPS
Page: 8

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 3/1/2012 | JAS | 1.00 | 1.00 | 170.00 | $170.00 | | | Return travel from Zanesville |
| 3/1/2012 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Evaluate settlement demand received from Mr. Allen |
| 3/1/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Correspondence to Ms. Link regarding ▇▇▇ |
| 3/1/2012 | JAS | 1.60 | 1.60 | 170.00 | $272.00 | | | Revise response to settlement demand |
| 3/1/2012 | AJH | 0.40 | 0.40 | 150.00 | $60.00 | | | Strategy regarding ▇▇▇ |
| 3/1/2012 | JRB | 0.80 | 0.80 | 150.00 | $120.00 | | | Drafted fact portion of our response to Plaintiff's demand letter |
| 3/1/2012 | JRB | 2.00 | 2.40 | 150.00 | $360.00 | | | Drafted part of letter dealing with R.C. 2744 |
| 3/1/2012 | JRB | 0.40 | 0.00 | 0.00 | $0.00 | | | Reviewed letter |
| 3/2/2012 | JRB | 0.50 | 0.50 | 150.00 | $75.00 | | | Edited Confidential Mediation Position Statement |
| 3/2/2012 | JRB | 1.10 | 1.10 | 150.00 | $165.00 | | | Researched and drafted Absolute Immunity Section of mediation statement |
| 3/2/2012 | JRB | 0.90 | 1.00 | 150.00 | $150.00 | | | Continued drafting motion for summary judgment |
| 3/2/2012 | JAS | 1.00 | 1.00 | 170.00 | $170.00 | | | Draft portion of response letter to settlement demand concerning absolute immunity for Detective Thompson based upon her testimony |
| 3/5/2012 | JRB | 0.10 | 0.00 | 0.00 | $0.00 | | | Drafting motion for summary judgment |
| 3/6/2012 | JRB | 0.80 | 0.80 | 150.00 | $120.00 | | | Drafted Joint Motion to Vacate Settlement Conference |
| 3/6/2012 | JRB | 1.90 | 1.90 | 150.00 | $285.00 | | | Finished first draft of motion for summary judgment |
| 3/6/2012 | JAS | 0.30 | 0.30 | 170.00 | $51.00 | | | Revise joint motion to vacate settlement conference and communications to Mr. Allen regarding the same |
| 3/7/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Call to Ms. Link regarding ▇▇▇ |
| 3/7/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | | Correspondence to Ms. Link regarding ▇▇▇ |
| 3/9/2012 | JAS | 1.00 | 1.00 | 170.00 | $170.00 | | | Revise first draft of Motion for Summary Judgment |
| 3/9/2012 | JRB | 0.90 | 0.90 | 150.00 | $135.00 | | | Revised motion for summary judgment |
| 3/13/2012 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Review of Sheriff Lutz deposition transcript |
| 3/13/2012 | JRB | 0.40 | 0.40 | 150.00 | $60.00 | | | Review of Detective Thompson's deposition transcript |
| 3/13/2012 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | | Researched and outline ▇▇▇ |
| 3/13/2012 | JAS | 0.40 | 0.40 | 170.00 | $68.00 | | | Evaluate law with regard to ▇▇▇ |
| 3/13/2012 | JAS | 0.20 | 0.20 | 170.00 | $34.00 | | | Communications to Mr. Allen regarding proposal to file deposition transcript of Mr. Beck without exhibit containing Mr. Beck's proffer statement |
| 3/13/2012 | JRB | 0.40 | 0.40 | 150.00 | $60.00 | | | Reviewed Beck deposition transcript to see if ▇▇▇ |
| 3/13/2012 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | | Researched conspiracy issue |
| 3/13/2012 | JRB | 0.50 | 0.50 | 150.00 | $75.00 | | | Drafted Section 1983 conspiracy portion of motion for summary judgment |
| 3/13/2012 | JRB | 0.50 | 0.50 | 150.00 | $75.00 | | | Drafted absolute immunity portion of motion for summary judgment |
| 3/13/2012 | JRB | 1.00 | 1.00 | 150.00 | $150.00 | | | Revise motion for summary judgment |
| 3/15/2012 | JAS | 0.70 | 0.70 | 170.00 | $119.00 | | | Draft section of correspondence to Ms. Link regarding ▇▇▇ |
| 3/15/2012 | JAS | 2.00 | 2.00 | 170.00 | $340.00 | | | Draft portion of correspondence to Ms. Link regarding ▇▇▇ |
| 3/15/2012 | JAS | 1.10 | 1.10 | 170.00 | $187.00 | | | Revise second draft of motion for summary judgment |

## ISAAC, BRANT, LEDMAN & TEETOR LLP
## Time And Expense Details

Report ID: OT2025 - 86450  
Monday, October 22, 2012  
Beginning To End  

Printed By PPS  
Page 9

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 3/16/2012 | JAS | 0.60 | 1.60 | 170.00 | $272.00 | | Revise second draft of motion for summary judgment |
| 3/16/2012 | ANY | 0.20 | 0.20 | 150.00 | $30.00 | | Evaluated response to negligent hiring claim |
| 3/16/2012 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | Directions on preparation of Notices and filing deposition transcripts of Beck, Lutz and Thompson |
| 3/21/2012 | JRB | 0.70 | 0.00 | 0.00 | $0.00 | | Revising motion for summary judgment |
| 3/22/2012 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | | Researching case to ▓▓▓ |
| 3/22/2012 | JRB | 0.60 | 0.60 | 150.00 | $90.00 | | Researching to ▓▓▓ |
| 3/22/2012 | JRB | 1.20 | 1.20 | 150.00 | $180.00 | | Revisions and finalizing motion for summary judgment |
| 3/22/2012 | JAS | 1.00 | 0.00 | 0.00 | $0.00 | | Revise second draft of motion for summary judgment |
| 3/22/2012 | JAS | 0.60 | 0.00 | 0.00 | $0.00 | | Revise third draft of motion for summary judgment |
| 3/23/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | Correspondence to Ms. Link regarding ▓▓▓ |
| 3/23/2012 | JAS | 0.50 | 0.50 | 170.00 | $85.00 | | Revise correspondence to Mr. Allen regarding demand for stipulated dismissal with prejudice in return for agreement not to seek attorneys' fees |
| 3/23/2012 | JRB | 0.60 | 0.60 | 150.00 | $90.00 | | Drafted letters to Eric Allen |
| 4/9/2012 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | Drafted Sixth Suit Report |
| 4/12/2012 | JAS | 0.50 | 0.50 | 170.00 | $85.00 | | Revise sixth suit report |
| 4/26/2012 | JAS | 0.40 | 0.40 | 170.00 | $68.00 | | Evaluate memorandum in opposition to motion for summary judgment and outline reply in support of the same |
| 4/26/2012 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | Reviewed Plaintiff's Response to our Motion for Summary Judgment |
| 4/26/2012 | JRB | 0.50 | 0.70 | 150.00 | $105.00 | | Outlined issues for Reply |

| Post Date | Status | | | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|---|---|
| 04/30/2012 | Current Period | | | 04/26/2012 | 4 | 2012 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 4/27/2012 | JRB | 0.20 | 0.00 | 0.00 | $0.00 | | Outline issues for Reply in Support of Motion for Summary Judgment |
| 4/27/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | | Evaluate law with regard to ▓▓▓ |

| Post Date | Status | | | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|---|---|
| 04/29/2012 | Original Period Unlocked | | | 04/29/2012 | 4 | 2012 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 4/29/2012 | JRB | 0.20 | 0.20 | 150.00 | $30.00 | | Gave direction for letter to send to client regarding Plaintiff's response to our Motion for Summary Judgment |

| Post Date | Status | | | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|---|---|
| 04/29/2012 | Original Period Unlocked | | | 04/29/2012 | 4 | 2012 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 4/29/2012 | JRB | 1.20 | 1.20 | 150.00 | $180.00 | | Researched absolute immune portion of Reply in Support of Motion for Summary Judgment |

| Post Date | Status | | | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|---|---|
| 04/29/2012 | Original Period Unlocked | | | 04/29/2012 | 4 | 2012 |

## ISAAC, BRANT, LEDMAN & TEETOR LLP
## Time And Expense Details

Report ID: OT2025 - 86450  
Monday, October 22, 2012  
Beginning To End  
Printed By: PPS  
Page: 10

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 4/29/2012 | JRB | 3.90 | 3.90 | 150.00 | $585.00 | | | Began drafting Reply in Support of Motion for Summary Judgment |

| Post Date | Status | | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|---|
| 04/29/2012 | Original Period Unlocked | | 04/29/2012 | 4 | 2012 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 5/7/2012 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | Correspondence regarding Reply in Support of Motion for Summary Judgment |
| 5/7/2012 | JRB | 0.90 | 0.90 | 150.00 | $135.00 | Completed first draft of Reply in Support of Motion for Summary Judgment |
| 5/7/2012 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | Reviewed Beck's deposition |
| 5/7/2012 | JRB | 0.10 | 0.10 | 150.00 | $15.00 | Outlined issues with draft |
| 5/7/2012 | JAS | 1.10 | 1.10 | 170.00 | $187.00 | Draft section of reply in support of motion for summary judgment regarding absolute immunity |
| 5/7/2012 | JAS | 1.10 | 0.90 | 170.00 | $153.00 | Revise draft of reply in support of motion for summary judgment regarding section concerning Mr. Beck's claim of fundamental right to privacy and marriage |
| 5/7/2012 | JAS | 1.10 | 1.30 | 170.00 | $221.00 | Revise section of draft of reply in support of motion for summary judgment regarding section concerning Mr. Beck's claimed right to informational privacy |
| 5/7/2012 | JAS | 1.10 | 1.10 | 170.00 | $187.00 | Revise section of draft of reply in support of motion for summary judgment regarding Mr. Beck's conspiracy claims |
| 5/7/2012 | TNA | 2.00 | 2.00 | 150.00 | $300.00 | Research regarding whether a police officer is immune from damages in testifying in a divorce case |
| 5/7/2012 | TNA | 0.90 | 0.90 | 150.00 | $135.00 | Writing memo on researched issue for incorporation into Defendant's Reply in Further Support of Motion for Summary Judgment |
| 5/8/2012 | JAS | 0.10 | 0.10 | 170.00 | $17.00 | Evaluate case law for footnote concerning qualified immunity for reply in support of motion for summary judgment |
| 5/8/2012 | JRB | 0.80 | 0.80 | 150.00 | $120.00 | Researched Complaint not being part of the record issue for Reply in Support |
| 5/8/2012 | JRB | 0.80 | 0.80 | 150.00 | $120.00 | Researched qualified immunity issue for Reply in Support of Motion for Summary Judgment |
| 5/8/2012 | JRB | 1.30 | 1.30 | 150.00 | $195.00 | Revised and finalized Reply in Support of Motion for Summary Judgment |

**Billed Time Totals** 179.10 177.80 $27,835.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 5/5/2011 | $5.00 | E110 | Out-of-town travel expense -- payment to Ms Philemond for parking while meeting with clients re case 4/18/11 |
| 11/23/2011 | $539.10 | E115 | Deposition Transcripts -- payment to Tahyi Video & Court Reporting for Hearing Transcript Copy |
| 11/30/2011 | $539.10 | E115 | Deposition Transcripts -- payment to Tahyi Video and Court Reporting Ltd re transcript re heariang held in domestic relations court on 2/24/09 |
| 12/1/2011 | ($539.10) | E115 | Deposition Transcripts -- payment to Tahyi Video and Court Reporting Ltd re transcript re heariang held in domestic relations court on 2/24/09 |
| 12/8/2011 | $38.85 | E110 | Out-of-town travel expense -- payment to Mr Stankunas for travel to and from Muskingum County Sheriffs office for meeting on Beck 12/8/11 70 mi x .555 |
| 12/15/2011 | $26.64 | E110 | Out-of-town travel expense -- payment to Ms Baxter for travel to and from Hebron Ohio re client meeting 12/9/11 48 mi x.555 |
| 1/12/2012 | $119.00 | E110 | Out-of-town travel expense -- payment to Mr Stankunas for hotel room for deposition of Beck in Terre Haute IN 1/17/12 |
| 1/19/2012 | $281.94 | E110 | Out-of-town travel expense -- payment to Mr Stankunas for travel to and from Terre Haute, In for deposition of Mr Beck 1/16/12 508 mi x .555 |
| 1/19/2012 | $16.43 | E110 | Out-of-town travel expense -- payment to Mr Stankunas for balance of hotel fees 1/16/12 |
| 2/13/2012 | $709.60 | E115 | Deposition Transcripts -- payment to Renee R. Dobson dba Crossroad Court Reporting for Deposition of Sean Beck |

# ISAAC, BRANT, LEDMAN & TEETOR LLP
## Time And Expense Details

Report ID: OT2025 - 86450  
Monday, October 22, 2012  
Beginning To End  
Printed By  PPS  
Page  11

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 2/28/2012 | $44.96 | E110 | Out-of-town travel expense -- payment to Mr Stankunas for travel to and from Muskingum County for meeting with clients 2/24/12 81 mi x .555 |
| 3/8/2012 | $42.18 | E110 | Out-of-town travel expense -- payment to Mr Stankunas for travel to and from Muskingum Cty Sheriffs office for depositions of Sheriff Lutz and Det. Amy Thompson 3/1/2 76 mi x .555 |
| 3/31/2012 | $129.85 | E115 | Deposition Transcripts -- payment to Tahyi Video and Court Reporting Ltd re deposition of Detective Amy Thompson and Sheriff Matt Lutz |

### Billed Expenses

Totals  $1,953.55

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 181.40 | 180.10 | $28,182.00 | $1,953.55 | $30,135.55 |

*** End Of Report ***

```
              Fees        Exps       Total
Billed     27,835.00   1,953.55   29,788.55
Unbilled      347.00       --        347.00
           28,182.00   1,953.55   30,135.55
```